# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

October 15, 2024

*By the Court*:

No. 24-2683

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff - Appellee,<br><br>    v.<br><br>ROBDARIUS WILLIAMS,<br>    Defendant - Appellant. | Appeal from the United States District Court for the Southern District of Indiana, Indianapolis Division.<br><br>No. 1:22-cr-00063-JMS-MG-3<br><br>Jane Magnus-Stinson,<br>    *Judge*. |

    This matter comes before the court for its consideration of attorney James A. Edgar's **MOTION TO WITHDRAW AS LEGAL COUNSEL**, filed on October 8, 2024. Upon consideration thereof,

    **IT IS ORDERED** that the Motion to Withdraw is **GRANTED**.

    **IT IS FURTHER ORDERED** that Thomas W. Patton, Chief Federal Defender, 401 Main Street, Peoria, IL, 61602, Thomas_Patton@fd.org, is appointed to represent defendant-appellant Robdarius Williams in 24-2683. Counsel is directed to contact the defendant-appellant immediately.

    Briefing shall proceed as follows:

1. Defendant-appellant shall file his brief and required short appendix on or before January 13, 2025.

2. Plaintiff-appellee shall file its brief on or before February 12, 2025.

3. Defendant-appellant shall file his reply brief, if any, on or before March 5, 2025.

    **IT IS FINALLY ORDERED** that the District Court shall add attorney Thomas W. Patton to their CM/ECF database for purposes of accessing District Court documents, including sealed docket entries not filed *ex parte*.

Important Scheduling Notice !
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).