No. 24-2683

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>vs.<br><br>ROBDARIUS WILLIAMS,<br><br>Defendant-Appellant. | Appeal from the United States District Court for the Southern District of Indiana<br><br>Case No. 22-CR-00063<br><br>Hon. Jane Magnus-Stinson, United States District Judge, Presiding. |

**NOTICE**

Pursuant to this Court's Appellate CJA Plan, section VII(D), counsel hereby notifies this Court that a petition for a writ of *certiorari* to the United States Supreme Court will not be filed in this case. Appointed counsel has determined no non-frivolous grounds for filing a petition for a writ of *certiorari* exist in this case and has notified the Mr. Williams in writing that counsel will not file a petition. Counsel explained why she will not be filing a petition and informed Mr. Williams of the procedures for filing a petition pro se.

ROBDARIUS WILLIAMS
Defendant-Appellant

s/ Johanna M. Christiansen
JOHANNA M. CHRISTIANSEN

Assistant Federal Public Defender
Office of the Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois
Phone: (309) 671-7891
Email: Johanna_Christiansen@fd.org
COUNSEL FOR DEFENDANT